Moronta v NYCHA (2021 NY Slip Op 50430(U))

[*1]

Moronta v NYCHA

2021 NY Slip Op 50430(U) [71 Misc 3d 136(A)]

Decided on May 14, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 14, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, J.P., Brigantti, Hagler, JJ.

570018/21

Trinidad Moronta, Plaintiff-Respondent, 
against
NYCHA, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York
County (Denise M. Dominguez, J.), entered July 16, 2019, which denied its motion for summary
judgment dismissing the complaint and, on the court's own motion, granted plaintiff leave to
serve an "amended" notice of claim within 60 days.

Per Curiam.
Order (Denise M. Dominguez, J.), entered July 16, 2019, reversed, without costs, defendant's
motion for summary judgment dismissing the complaint granted and the direction to file an
"amended" notice of claim vacated. The Clerk is directed to enter judgment accordingly.
Defendant's motion for summary judgment dismissing the complaint, on the ground that
plaintiff failed to timely file a notice of claim, should have been granted. Plaintiff's January 5,
2017 notice of claim, which contained a claim for property damage that occurred in 2007, was a
nullity, because it was untimely by nearly 10 years (see Public Housing Law §
157(2); General Municipal Law § 50-e[1][a]) and served without leave of court (see
Croce v City of New York, 69 AD3d 488 [2010]; McGarty v City of New York, 44
AD3d 447, 448 [2007]). In the circumstances, "no attempt to amend that notice of claim is
permitted" (Henry v Aguilar, 282 AD2d 711 [2001], lv denied 97 NY2d 602
[2001]; see Matter of White v New York City Hous. Auth., 38 AD3d 675 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE
COURT.
I concur I concurI concur
Decision Date: May 14, 2021